*Messrs. James G. Nye* and *Albert C. Gillette* for petitioner. *Mr. Edward L. Boyle* for respondent.

No. 617. LIPMAN *v.* GOEBEL ET AL. February 4, 1935. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Abram N. Pritzker* for petitioner. No appearance for respondents.

No. 618. OHIO LOCOMOTIVE CRANE CO. *v.* DENMAN, ADMINISTRATOR; and

No. 619. SAME *v.* UNITED STATES. February 4, 1935. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. E. J. Brunenkant* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, Morton K. Rothschild,* and *H. Brian Holland* for respondents.

No. 622. UNITED STATES EX REL. KROGER GROCERY & BAKING CO. *v.* INTERSTATE COMMERCE COMMISSION. February 4, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Harry Friedman* for petitioner. *Messrs. Nelson Thomas* and *Daniel W. Knowlton* for respondent.

No. 623. ROBINSON ET AL. *v.* HOME INSURANCE CO. February 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edgar Watkins* and *Edgar Watkins, Jr.,* for petitioners. *Mr. George T. Cann* for respondent.